UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

      Plaintiff,

      *v*.                                                      Case No. 07-CR-243(CNC)

HILDA ALAYETO,

      Defendant.

_____

### DEFENDANT ALAYETO'S REQUEST FOR REASONABLE NOTICE IN ADVANCE OF TRIAL OF EVIDENCE PURSUANT TO FED. R. EVID. 404(b)

Now comes the defendant Hilda Alayeto, by her attorney Thomas G. Wilmouth, and hereby makes record of her request for reasonable notice from the government in advance of trial of the general nature of any evidence of other crimes, wrongs, or acts of the defendant that the government intends to introduce at trial and that is not set forth in Count 1 of the Second Superseding Indictment on file in this matter. The jury trial of this matter is scheduled to commence on June 1, 2009. The defense believes reasonable notice in advance of trial concerning the evidence at issue is 4 business days in advance of trial, or notice no later than May 26, 2008.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Milwaukee, Wisconsin this 20th day of May 2009.

          Respectfully submitted,

          **/s/ Thomas G. Wilmouth**
          Thomas G. Wilmouth, Bar #1011746
          Counsel for Hilda Alayeto
          FEDERAL DEFENDER SERVICES
          OF WISCONSIN, INC.
          517 E. Wisconsin Avenue, Suite 182
          Milwaukee, Wisconsin 53202
          [414] 221-9900  Telephone
          [414] 221-9901  Facsimile
          tom_wilmouth@fd.org