

PS 8
(12/04)

US PROB-MIL 10/01/09AM1033
U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Wisconsin

'09 OCT -1 P3:20

JON W. SANFILIPPO
CLERK

U.S.A. vs. Hilda Alayeto

Docket No. 07-CR-243-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Jennifer M. Manders**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, **Hilda Alayeto**, who was placed under pretrial release supervision by the Honorable **William E. Callahan, Jr.** sitting in the Court at **Milwaukee** on the **4th** day of **October 2007** under the following conditions:

1. Report to Pretrial Services as directed.
2. Submit to random urine screens and counseling as directed.
3. Travel restricted to the Eastern District of Wisconsin.
4. Refrain from unlawful possession of a controlled substance.
5. (Added 7/30/09) Participate in GED classes.
6. (Added 7/30/09) Maintain and seek employment.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. Ms. Alayeto has been forging her GED attendance logs for the YWCA Adult Learning Lab.

**PRAYING THAT THE COURT WILL ORDER a summons be issued and the defendant be returned to Court for a bail revocation hearing.**

ORDER OF COURT

Considered and ordered this 30th day of September 2009 and ordered filed and made a part of the records in the above case.

William E. Callahan, Jr.
U. S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Jennifer M. Manders
U.S. Pretrial Services Officer

Place: Milwaukee, WI

Executed On: September 28, 2009